United States District Court
for the Eastern District of Pennsylvania

Ryan S. Watson, Individually and as
Trustee of the Watson Family Gun Trust
Plaintiff

vs.                                        Case Number   14-6569

Eric H. Holder, Jr., Attorney General
of the United States, and B. Todd Jones,
Director Bureau of Alcohol, Tobacco,
Firearms, and Explosives
Defendants

Acceptance of Service by the United States Attorney

I _Joycelyne Figueroa_____(print name) hereby accept service on behalf
of the United States Attorney (only).

_____
For the United States Attorney (Signature)

_____Joycelyne Figueroa_____
Print Name

_____11/17/14_____
Date