IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __14-6569__

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Stephen D. Stamboulieh__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __1009__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Mississippi | 04/18/2008 | 102784 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| MS Northern District | 07/22/2008 | 102784 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| MS Southern District | 07/22/2008 | 102784 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| TX Northern District | 10/21/2014 | **102784MS** |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __Ryan Watson__

_____
(Applicant's Signature)

__11/14/2014__
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Stamboulieh Law, PLLC

P.O. Box 4008, Madison, MS 39130

(601) 852-3440

Sworn and subscribed before me this __14th__ day of __November__, 200__

_____
Notary Public

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, CAROL ANN BECKUM, ID # 33723, Commission Expires Sept. 25, 2015, HINDS COUNTY]

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Stephen D. Stamboulieh___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| David R. Scott | _[signature]_ | 11/9/12 | 31349| |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

24 Regency Plaza

Glen Mills, PA 19342

(610) 358-9600

Sworn and subscribed before me this

25th Day of Nov, 2014

_[signature]_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LAURA ANN MALONEY, Notary Public
Concord Township, Delaware County
My Commission Expires April 29, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ryan Watson | : CIVIL ACTION |
| | : |
| v. | : |
| Eric H. Holder, Jr. et al. | : |
| | : NO. 14-6569 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Stephen D. Stamboulieh___ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Civil Process Clerk, 615 Chestnut Street, Suite 1250, Philadelphia, PA 1910

Eric H. Holder, Jr. 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

B. Todd Jones, 99 New York Avenue, NE, Washington, DC 20226

_____
Signature of Attorney

Stephen D. Stamboulieh
Name of Attorney

David R. Scott
Name of Moving Party

11/25/14
Date

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ryan Watson | : | CIVIL ACTION |
| | : | |
| v. | : | |
| Eric H. Holder, Jr. et al. | : | |
| | : | NO. |

## ORDER

AND NOW, this _____ Day of _____, 2014, it is hereby

ORDERED that the application of <u>Stephen D. Stamboulieh</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                                                        J.