IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN S. WATSON, individually and as Trustee of the Watson Family Gun Trust | : | CIVIL ACTION |
| v. | : | |
| ERIC H. HOLDER, JR. et al. | : | NO. 14-6569 |

ORDER

AND NOW, this 1st day of December, 2014, upon consideration of the motion for admission of counsel pro hac vice (docket entry # 3) and the attorney having paid the requisite $40 fee, it is hereby ORDERED that:

1. The motion for admission pro hac vice (docket entry # 3) is GRANTED; and

2. Stephen D. Stamboulieh, Esq. may PRACTICE in this Court on this case in accordance with Local R. Civ. P. 83.5.2(b).

BY THE COURT:

/s/ Stewart Dalzell, J.