AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.    14-6569

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Eric H. Holder Jr.__
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* __Service Pursuant to FRCP 4(i)__
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __12/17/2014__

_____ [signature] _____
Server's signature

__David Scott, Attorney__
Printed name and title

__24 Regency Plaza, Glen Mills, PA 19342__
Server's address

| | |
|---|---|
| 2. Article Number<br><br>7196 9008 9111 8651 1788<br><br>3. Service Type   **CERTIFIED MAIL™**<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes<br>1. Article Addressed to:<br>Eric H. Holder Jr.<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | **COMPLETE THIS SECTION ON DELIVERY**<br>A. Received by (Please Print Clearly)   B. Date of Delivery<br>C. Signature<br>X  *[signature]*   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?   ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>DEC 01 2014<br><br>**Reference Information**<br><br>David Scott, Esquire |

PS Form 3811, January 2005         Domestic Return Receipt