AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   14-6569

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  B. Todd Jones

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:  Service Pursuant to FRCP 4(i)

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  12/17/2014

_____
Server's signature

David Scott, Attorney
Printed name and title

24 Regency Plaza, Glen Mills, PA 19342
Server's address

| | |
|---|---|
| 2. Article Number | **COMPLETE THIS SECTION ON DELIVERY** |
| 7196 9008 9111 8651 1771 | A. Received by (Please Print Clearly): J. Magruder   B. Date of Delivery: 12/3/14 |
| 3. Service Type  CERTIFIED MAIL™ | C. Signature: **Service Accepted in Official Capacity Only** X  ☐ Agent  ☐ Addressee |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | D. Is delivery address different from 1?  ☐ Yes  ☐ No |
| 1. Article Addressed to:<br>B. Todd Jones<br>99 New York Avenue, NE<br>Washington, DC 20226 | DEC 04 2014 |
| | **Reference Information**<br><br>David Scott, Esquire |
| PS Form 3811, January 2005 | Domestic Return Receipt |