AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   14-6569

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __United States Attorney__
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* __Service Pursuant to FRCP 4(i)__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __12/17/2014__         _____
                              *Server's signature*

                              __David Scott, Attorney__
                              *Printed name and title*

                              __24 Regency Plaza, Glen Mills, PA 19342__
                              *Server's address*

**2. Article Number**

7196 9008 9111 8651 1757

**3. Service Type** CERTIFIED MAIL™

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

**1. Article Addressed to:**

Civil Process Clerk
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X                                        ☐ Agent
                                         ☐ Addressee

D. Is delivery address different from item 12?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

**Reference Information**

David Scott, Esquire

PS Form 3811, January 2005      Domestic Return Receipt