APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ryan S. Watson | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Eric H. Holder, Jr., et al | : | NO. 14-6569 |

### ORDER

AND NOW, this _____ Day of _____, 20__, it is hereby

ORDERED that the application of ___Alan Beck___, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____ GRANTED.

_____ DENIED.

_____
                                                                                                       J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 14-6569

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Alan Beck__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| HI | Sept 27 2009 | 9145 |
| CA | 06/01/2011 | 276646 |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| Hawaii | 01/10/2010 | 9145 |
| CA S. District | 06/01/2011 | 276646 |
|  |  |  |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __Ryan Watson__

__(Applicant's Signature)__

~~1/12/2014~~ 12/9/2014
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:
4025 Camino Del Rio South Suite 345
San Diego CA 92108
619 471 0414

Sworn and subscribed before me this
9 Day of Dec ~~200~~ 2014
Tori Ebony Morris
Notary Public

10/04

TORI EBONY MORRIS
Commission No. 1990920
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires September 13, 2016

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Alan Beck_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| David R. Scott | [signature] | 9/23/14 | 313491 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

__24 Regency Plaza__

__Glen Mills, PA 19342__

__(610)358-9600__

Sworn and subscribed before me this

___ Day of _____, 200__

_____
Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ryan S. Watson | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Eric Holder, Jr., et al. | : | NO. 14-6569 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of____Alan Beck____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Michael E. Kunz, Clerk of Court

United States District Court, Eastern District of Pennsylvania

U.S. Courthouse

601 Market Street, Room 2609

Philadelphia, PA 19106-1797

*[signature]*
Signature of Attorney

_Alan Beck_
Name of Attorney

*David R. Scott*
Name of Moving Party

12/22/14
Date