IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RYAN S. WATSON                     :          CIVIL ACTION
                                   :
    v.                             :
                                   :
ERIC H. HOLDER, JR. et al.         :          NO. 14-6569

FILED
JAN 0 8 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 8th day of January, 2015, upon consideration of the motion for

admission of counsel pro hac vice (docket entry # 7) and the attorney having paid the requisite

$40 fee, it is hereby ORDERED that:

       1.    The motion for admission pro hac vice (docket entry # 7) is GRANTED;

and

       2.    Alan Beck may PRACTICE in this Court on this case in accordance with

Local R. Civ. P. 83.5.2(b).

BY THE COURT:

Stewart Dalzell, J.