# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| RYAN S. WATSON, individually and as<br>Trustee of the Watson Family Gun Trust, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:14-cv-6569-SD |
| v. | ) | |
| | ) | |
| ERIC H. HOLDER, JR., , Attorney General of<br>the United States, and B. TODD JONES,<br>Director, Bureau of Alcohol, Tobacco, Firearms<br>& Explosives, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

---

## DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 56(a), Defendants hereby move this Court to dismiss Plaintiff's Complaint, or in the alternative, for summary judgment.  In accordance with Local Rule 7.1, this motion is accompanied by a brief that sets forth the contentions of law, arguments and authorities on which Defendants rely in support of this motion.  A form of order also accompanies this motion.

Dated:  January 16, 2015

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

ZANE D. MEMEGER
United States Attorney

   /s/ *Eric J. Soskin*
DIANE KELLEHER
Assistant Branch Director

ERIC J. SOSKIN
DANIEL RIESS
Trial Attorneys
U.S. Department of Justice
Civil Division, Rm. 7116
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-0533
Fax: (202) 616-8460
Email: Eric.Soskin@usdoj.gov
*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

On January 16, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Pennsylvania, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.

 /s/ Eric J. Soskin
Eric J. Soskin
