## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN S. WATSON, individually and as Trustee of the Watson Family Gun Trust, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIC H. HOLDER, JR., , Attorney General of )<br>the United States, and B. TODD JONES, )<br>Director, Bureau of Alcohol, Tobacco, Firearms )<br>& Explosives )<br>)<br>Defendants. | Civil Action No. 2:14-cv-6569-SD |

## **FORM OF ORDER**

Before the Court is Defendants' Motion to Dismiss. Having considered the motion along with all other pertinent pleadings and filings related to same, the Court finds that the motion should be and is hereby **GRANTED**.

It is therefore Ordered the above-captioned action is **DISMISSED WITH PREJUDICE**.

.

Dated: _____              _____
                                                              UNITED STATES DISTRICT JUDGE

1