# EXHIBIT 1

Excerpts from H.R. Rep. No. 83-1337 (1954)

83d Congress, 2d Session            House Report No. 1337

# INTERNAL REVENUE CODE OF 1954

## REPORT

OF THE

## COMMITTEE ON WAYS AND MEANS
### HOUSE OF REPRESENTATIVES

TO ACCOMPANY

## H. R. 8300

A BILL TO REVISE THE INTERNAL REVENUE LAWS
OF THE UNITED STATES



MARCH 9, 1954.—Committed to the Committee of the Whole House on the State of the Union and ordered to be printed

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1954

44140°

# TABLE OF CONTENTS

PART I—GENERAL EXPLANATION

| | Page |
|---|---|
| I. General Statement | 1 |
| II. Revenue Effects | 2 |
| III. Tax on Individuals and Corporations | 4 |
|     A. Combination of normal tax and surtax (sec. 1) | 4 |
|     B. Head of family (sec. 2) | 4 |
|     C. Corporate income-tax rate (sec. 11) | 5 |
| IV. Credits Against Tax | 5 |
|     A. Dividends received by individuals (secs. 34 and 116) | 5 |
|     B. Retirement income credit (sec. 38) | 7 |
| V. Deductions in Arriving at Adjusted Gross Income | 9 |
|     A. Transportation expenses (sec. 62 (2) (C)) | 9 |
|     B. Business expenses of outside salesmen (sec. 62 (2) (D)) | 9 |
| VI. Special Inclusions in Gross Income | 9 |
|     A. Alimony and separate maintenance payments (sec. 71) | 9 |
|     B. Annuities (sec. 72) | 10 |
|     C. Amounts which are not annuity payments, but received under annuity or endowment contracts (sec. 72 (e) and (h)) | 11 |
|     D. Prizes and awards (sec. 74) | 11 |
|     E. Discharge of indebtedness (secs. 76, 108, 1017) | 12 |
| VII. Exclusions From Gross Income | 14 |
|     A. Employee death benefits (sec. 101) | 14 |
|     B. Interest element in life-insurance proceeds (sec. 101 (d)) | 14 |
|     C. Payments for injury and sickness (secs. 104, 105, and 106) | 15 |
|     D. Rental value of parsonages (sec. 107) | 15 |
|     E. Income taxes paid by lessee corporation (sec. 110) | 15 |
|     F. Combat pay of member of the Armed Forces (secs. 112, 692) | 16 |
|     G. Scholarships and Fellowship grants (sec. 117) | 16 |
|     H. Contributions to the capital of a corporation (secs. 118, 355) | 17 |
|     I. Meals and lodging (sec. 119) | 18 |
|     J. Subsistence payments to State police officers (sec. 120) | 18 |
| VIII. Personal Exemptions | 18 |
|     A. Earnings test for dependent (sec. 151) | 18 |
|     B. Definition of dependent (sec. 152) | 19 |
|     C. Revenue effect | 20 |
| IX. Itemized Deductions for Individuals and Corporations | 20 |
|     A. Business expenses not to include charitable gifts above limitation (sec. 162) | 20 |
|     B. Interest (sec. 163) | 20 |
|     C. Apportionment of taxes on real property between buyer and seller (sec. 164) | 20 |
|     D. Theft losses (sec. 165 (e)) | 21 |
|     E. Losses on securities in affiliated corporation (sec. 165 (g)) | 21 |
|     F. Bad debts (sec. 166) | 21 |
|     G. Depreciation (sec. 167) | 22 |
|     H. Charitable and similar contributions (sec. 170) | 25 |
|     I. Amortization of premium on callable bonds (sec. 171) | 26 |
|     J. Net operating loss deduction (sec. 172) | 27 |
|     K. Research and experimental expenditures (sec. 174) | 28 |
|     L. Soil and water conservation expenditures (sec. 175) | 28 |

|  | Page |
|---|---|
| X. Special Itemized Deductions for Individuals or Corporations | 29 |
|    A. Expenses for production of income (sec. 212) | 29 |
|    B. Medical, dental, and similar expenses (sec. 213) | 29 |
|    C. Child-care expenses (sec. 214) | 30 |
|    D. Taxes and interest paid to cooperative housing corporations (sec. 216) | 30 |
|    E. Corporate organization expenditures (sec. 248) | 31 |
| XI. Items Not Deductible | 31 |
|    A. Certain amounts paid in connection with insurance contracts (sec. 264) | 31 |
|    B. Disallowance of losses, expenses, and interest between related taxpayers (sec. 267) | 32 |
|    C. Acquisitions made to evade or avoid income tax (sec. 269) | 32 |
|    D. Hobby losses (sec. 270) | 32 |
|    E. Rental payments to governmental units for use of manufacturing facilities (sec. 274) | 33 |
| XII. Corporate Distributions and Adjustments | 33 |
|    A. Corporate distributions (secs. 301–312) | 35 |
|    B. Liquidations (secs. 331–336) | 38 |
|    C. Corporate reorganizations, acquisitions, separations, and insolvency reorganizations (secs. 351–373) | 39 |
|    D. Carryovers to successor corporations (sec. 381) | 41 |
|    E. Special limitation on net operating loss carryover (sec. 382) | 41 |
| XIII. Pension, Profit-Sharing, and Stock-Bonus Plans | 42 |
|    A. Tax treatment of employees receiving benefits (secs. 401 and 402) | 42 |
|    B. Tax treatment of payments by an employer (sec. 403) | 43 |
|    C. Requirements for qualified plans (sec. 501 (e)) | 44 |
|    D. Tax treatment of an employee's exempt trust (secs. 501 (a), 503–505, 511–515) | 45 |
| XIV. Employee Stock Options (sec. 421) | 46 |
| XV. Accounting Provisions | 48 |
|    A. Prepaid income (sec. 452) | 48 |
|    B. Reserves for estimated expenses (sec. 462) | 49 |
|    C. Initial payment before use of installment method (sec. 453 (b)) | 49 |
|    D. Change of method from accrual to installment (sec. 453 (c)) | 49 |
|    E. Other changes in methods of accounting (sec. 481) | 50 |
|    F. Accrual of real property taxes (sec. 462) | 50 |
|    G. 52- or 53-week year accounting periods (sec. 441) | 50 |
|    H. Revenue effect | 51 |
| XVI. Tax-Exempt Organizations (sec. 514) | 51 |
| XVII. Corporations Used To Avoid Income Tax on Shareholders | 51 |
|    A. Accumulated earnings tax (secs. 531–536) | 51 |
|    B. Personal holding companies (secs. 541–547) | 54 |
| XVIII. Worthless Stock in Affiliated Banks (sec. 582) | 57 |
| XIX. Natural Resources | 57 |
|    A. Rates of percentage depletion (sec. 613 (b)) | 57 |
|    B. Definition of income from property (sec. 613 (c)) | 58 |
|    C. Definition of mineral property (sec. 614) | 58 |
|    D. Mine tailings (sec. 613) | 59 |
|    E. Gain or loss in the case of timber or coal (secs. 272, 631) | 59 |
|    F. Revenue effect | 60 |
| XX. Estates, Trusts, and Their Beneficiaries | 60 |
|    A. General rules (secs. 641–643) | 60 |
|    B. "Simple" trusts (secs. 561 and 562) | 61 |
|    C. "Complex" trusts and estates (secs. 661–663) | 62 |
|    D. Five-year throwback rule (secs. 665–668) | 62 |
|    E. "Clifford" type trusts (secs. 671–678) | 63 |
|    F. Revenue effect | 64 |
| XXI. Income in Respect of Decedents (secs. 691 and 692) | 64 |
| XXII. Partners and Partnerships | 65 |
|    A. General rules (secs. 701–707) | 65 |
|    B. Contributions to a partnership (secs. 721–723) | 68 |
|    C. Distributions by a partnership (secs. 731–735, 737) | 68 |
|    D. Transfer of an interest in a partnership (secs. 741–743, 751) | 70 |
|    E. Payments to a retiring partner or a successor in interest of a deceased partner (sec. 736) | 71 |

Case 2:14-cv-06569-SD   Document 10-3   Filed 01/16/15   Page 5 of 17

TABLE OF CONTENTS                                                    V

|   | Page |
|---|---|
| XXIII. Temporary Formula for Taxing Life-Insurance Companies (sec. 802) | 72 |
| XXIV. Regulated Investment Companies | 73 |
| A. Foreign tax credit (sec. 853) | 73 |
| B. Dividends-received credits (secs. 854, 855) | 74 |
| XXV. Foreign Income | 74 |
| A. Fourteen-point rate reduction for foreign income (sec. 923) | 75 |
| B. Deferral of tax on branch income (secs. 951-958) | 76 |
| C. Credit for principal tax (secs. 901 (b), 903) | 76 |
| D. Elimination of the overall limitation on credit (sec. 904) | 77 |
| E. Definition of noncorporate income earned abroad (secs. 911, 912) | 77 |
| F. Western Hemisphere trade corporations (sec. 921) | 77 |
| G. Other changes | 78 |
| H. Revenue effect | 78 |
| XXIV. Gain or Loss on the Sale of Property | 78 |
| A. Change in basis of property acquired from a decedent (sec. 1014) | 78 |
| B. Depreciation sustained while property is used by a tax-exempt organization (sec. 1016) | 79 |
| C. Sale of an annuity contract (sec. 1021) | 79 |
| D. Sale or exchange of a residence (sec. 1034) | 79 |
| E. Mortgage foreclosures (sec. 1035) | 80 |
| F. Exchanges of insurance policies (sec. 1036) | 81 |
| XXVII. Capital Gains and Losses | 82 |
| A. Sale of patents by an inventor (sec. 1235) | 82 |
| B. Definition of capital asset to exclude certain accounts and notes receivable (sec. 1221) | 82 |
| C. Holding period (sec. 1223) | 82 |
| D. Short sales and options (secs. 1233, 1234) | 83 |
| E. Bonds and other debt (sec. 1232) | 83 |
| F. Investment account of real estate dealers (sec. 1237) | 84 |
| G. Sale of subdivided real estate (sec. 1238) | 84 |
| H. Private annuities (sec. 1241) | 84 |
| XXVIII. Readjustment of Tax Between Years | 85 |
| A. Averaging (secs. 1301-1304) | 85 |
| B. Adjustments to closed taxable years (secs. 1311-1315) | 85 |
| C. Involuntary liquidation of LIFO inventory (sec. 1321) | 86 |
| D. Claim of right (sec. 1341) | 86 |
| XXIX. Consolidated Returns | 87 |
| A. Inserting the consolidated return regulations into the code (secs. 1501-1718) | 87 |
| B. Change in affiliation test (sec. 1502) | 87 |
| C. Election to file consolidated returns (sec. 1505) | 87 |
| D. Earnings and profits (sec. 1732) | 88 |
| XXX. Disallowance of Minimum Exemption and Credit (sec. 1731) | 88 |
| XXXI. Estate Tax | 89 |
| A. Combining the basic and additional tax (secs. 2001 and 2011) | 89 |
| B. Credit for tax on prior transfers (sec. 2013) | 89 |
| C. Alternate valuation (sec. 2032) | 90 |
| D. Transfers taking effect at death (sec. 2037) | 90 |
| E. Annuities (sec. 1039) | 90 |
| F. Proceeds of life insurance (sec. 2042) | 91 |
| G. Expenses, indebtedness, and taxes (sec. 2053) | 91 |
| H. Marital deduction (sec. 2056) | 91 |
| I. Stocks situated in the United States (sec. 2104) | 92 |
| J. Members of the Armed Forces dying as a result of service in a combat zone (sec. 2201) | 92 |
| XXXII. Gift tax | 93 |
| A. Nonresident aliens (sec. 2051) | 93 |
| B. Gifts to minors (sec. 2503) | 93 |
| C. Revaluation of gifts for prior years (sec. 2504) | 93 |
| D. Tenancies by the entirety (sec. 2515) | 94 |
| E. Property settlements incident to divorce (sec. 2516) | 94 |
| F. Marital deduction (sec. 2523) | 94 |

|  | Page |
|---|---|
| XXXIII. Excise Taxes on Alcoholic Beverages and Tobacco (chs. 50, 51) | 94 |
|    A. Use of returns for payment of tax | 94 |
|    B. Penalties | 95 |
|    C. Distilled spirits | 95 |
|    D. Fermented malt beverages | 96 |
|    E. Wines | 97 |
|    F. Tobacco products | 98 |
| XXXIV. Provisions Relating to Procedure and Administration | 99 |
|    A. Filing date for tax returns (secs. 6072, 6073) | 99 |
|    B. Declarations of estimated tax by individuals (secs. 6015, 6654) | 100 |
|    C. Declaration of estimated tax and tax-payment schedule for corporations (sec. 6016) | 102 |
|    D. Information and returns (ch. 61) | 104 |
|    E. Time and place for paying tax (ch. 62) | 105 |
|    F. Assessment (ch. 63) | 105 |
|    G. Collection (ch. 64) | 105 |
|    H. Abatements, credits, and refunds (ch. 65) | 106 |
|    I. Limitations (ch. 66) | 107 |
|    J. Interest (ch. 67) | 107 |
|    K. Additions to tax, additional amounts, and assessable penalties (ch. 68) | 108 |
|    L. General provisions relating to stamps (ch. 69) | 108 |
|    M. Transferees and fiduciaries (ch. 71) | 108 |
|    N. Crimes, other offenses and forfeitures (ch. 75) | 108 |
|    O. Judicial proceedings (ch. 76) | 109 |
|    P. Miscellaneous provisions (ch. 77) | 109 |
| XXXV. Review of Refund Cases | 109 |

For table of contents on the technical discussion, see page A3.
For minority views, see page B1.

# DETAILED DISCUSSION OF THE TECHNICAL PROVISIONS OF THE BILL

A1

# TABLE OF CONTENTS OF THE DETAILED DISCUSSION OF THE TECHNICAL PROVISIONS OF THE BILL

## SUBTITLE A—INCOME TAXES

| | Section | Page |
|---|---|---|
| CHAPTER 1. Normal Taxes and Surtaxes. | | |
|   SUBCHAPTER A. Determination of tax liability. | | |
|     Part I. Tax on individuals | 1 | A9 |
|     Part II. Tax on corporations | 11 | A11 |
|     Part III. Changes in rates during a taxable year | 21 | A12 |
|     Part IV. Credits against tax | 31 | A12 |
|   SUBCHAPTER B. Computation of taxable income. | | |
|     Part I. Definition of gross income, adjusted gross income, and taxable income | 61 | A18 |
|     Part II. Items specifically included in gross income | 71 | A20 |
|     Part III. Items specifically excluded from gross income | 101 | A29 |
|     Part IV. Standard deduction for individuals | 141 | A40 |
|     Part V. Deductions for personal exemptions | 151 | A40 |
|     Part VI. Itemized deductions for individuals and corporations | 161 | A43 |
|     Part VII. Additional itemized deductions for individuals | 211 | A59 |
|     Part VIII. Special deductions for corporations | 241 | A62 |
|     Part IX. Items not deductible | 261 | A64 |
|   SUBCHAPTER C. Corporate distributions and adjustments. | | |
|     Part I. Distributions by corporations | 301 | A70 |
|     Part II. Corporate liquidations | 331 | A100 |
|     Part III. Corporate organizations, acquisitions and separations | 351 | A115 |
|     Part IV. Insolvency reorganizations | 371 | A134 |
|     Part V. Carryovers | 381 | A135 |
|     Part VI. Effective date of subchapter | 391 | A145 |
|   SUBCHAPTER D. Deferred compensation, etc. | | |
|     Part I. Pension, profit-sharing, stock bonus plans, etc. | 401 | A145 |
|     Part II. Miscellaneous provisions | 421 | A153 |
|   SUBCHAPTER E. Accounting periods and methods of accounting. | | |
|     Part I. Accounting periods | 441 | A156 |
|     Part II. Methods of accounting | 446 | A157 |
|     Part III. Adjustments | 481 | A164 |
|   SUBCHAPTER F. Exempt Organizations. | | |
|     Part I. General rule | 501 | A165 |
|     Part II. Taxation of business income of certain exempt organizations | 511 | A170 |
|     Part III. Farmers' cooperatives | 521 | A172 |
|     Part IV. Shipowners' protection and indemnity associations | 526 | A172 |
|   SUBCHAPTER G. Corporations used to avoid income tax on shareholders. | | |
|     Part I. Corporations improperly accumulating surplus | 531 | A172 |
|     Part II. Personal holding companies | 541 | A175 |
|     Part III. Foreign personal holding companies | 551 | A179 |
|     Part IV. Deduction for dividends paid | 561 | A180 |
|   SUBCHAPTER H. Banking institutions. | | |
|     Part I. Rules of general application to banking institutions | 581 | A182 |
|     Part II. Mutual savings banks, etc. | 591 | A182 |
|     Part III. Bank affiliates | 601 | A183 |
|   SUBCHAPTER I. Natural resources. | | |
|     Part I. Deductions | 611 | A183 |
|     Part II. Exclusions from gross income | 621 | A189 |
|     Part III. Sales and exchanges | 631 | A189 |

SUBTITLE A—INCOME TAXES—Continued

| | Section | Page |
|---|---|---|
| CHAPTER 1. Normal Taxes and Surtaxes—Continued | | |
|   SUBCHAPTER J. Estates, trusts, beneficiaries, and decedents. | | |
|     Part I. Estates, trusts, and beneficiaries | 641 | A191 |
|     Part II. Income in respect of decedents | 691 | A218 |
|   SUBCHAPTER K. Partners and partnerships. | | |
|     Part I. Determination of tax liability | 701 | A221 |
|     Part II. Contributions, distributions, and transfers | 721 | A227 |
|     Part III. Definitions | 761 | A237 |
|     Part IV. Effective date for subchapter | 771 | A238 |
|   SUBCHAPTER L. Insurance companies. | | |
|     Part I. Life insurance companies | 801 | A238 |
|     Part II. Mutual insurance companies (other than life or marine or fire insurance companies issuing perpetual policies) | 821 | A240 |
|     Part III. Other insurance companies | 831 | A240 |
|     Part IV. Provisions of general application | 841 | A240 |
|   SUBCHAPTER M. Regulated investment companies | 851 | A241 |
|   SUBCHAPTER N. Tax based on income from sources within or without the United States. | | |
|     Part I. Determination of sources of income | 861 | A244 |
|     Part II. Nonresident aliens and foreign corporations | 871 | A245 |
|     Part III. Income from sources without the United States | 901 | A247 |
|     Part IV. Deferred income from sources within foreign countries | 951 | A259 |
|   SUBCHAPTER O. Gain or loss on disposition of property. | | |
|     Part I. Determination of amount of and recognition of gain or loss | 1001 | A265 |
|     Part II. Basis rules of general application | 1011 | A265 |
|     Part III. Common nontaxable exchanges | 1031 | A268 |
|     Part IV. Special rules | 1051 | A272 |
|     Part V. Changes to effectuate FCC policy | 1071 | A272 |
|     Part VI. Exchanges in obedience to SEC orders | 1081 | A272 |
|     Part VII. Wash sales of stock or securities | 1091 | A273 |
|   SUBCHAPTER P. Capital gains and losses | | |
|     Part I. Treatment of capital gains | 1201 | A273 |
|     Part II. Treatment of capital losses | 1211 | A273 |
|     Part III. General rules for determining capital gains and losses | 1221 | A273 |
|     Part IV. Special rules for determining capital gains and losses | 1231 | A275 |
|   SUBCHAPTER Q. Readjustment of tax between years and special limitations. | | |
|     Part I. Income attributable to several taxable years | 1301 | A289 |
|     Part II. Mitigation of effect of limitations and other provisions | 1311 | A291 |
|     Part III. Involuntary liquidation and replacement of LIFO inventories | 1321 | A294 |
|     Part IV. War loss recoveries | 1331 | A294 |
|     Part V. Claim of right | 1341 | A294 |
|     Part VI. Other limitations | 1346 | A295 |
| CHAPTER 2. Tax on Self-Employment Income | 1401 | A295 |
| CHAPTER 3. Withholding of Tax on Nonresident Aliens and Foreign Corporations and Tax-Free Covenant Bonds. | | |
|   SUBCHAPTER A. Nonresident aliens and foreign corporations | 1441 | A295 |
|   SUBCHAPTER B. Tax-free covenant bonds | 1451 | A295 |
|   SUBCHAPTER C. Application of withholding provisions | 1461 | A295 |
| CHAPTER 4. Rules Applicable to Recovery of Excessive Profits on Government Contracts. | | |
|   SUBCHAPTER A. Recovery of excessive profits on government contracts | 1471 | A296 |
|   SUBCHAPTER B. Mitigation of effect of renegotiation of government contracts | 1481 | A296 |
| CHAPTER 5. Tax on Transfers to Avoid Income Tax | 1491 | A296 |

INTERNAL REVENUE CODE OF 1954      A5

SUBTITLE A—INCOME TAXES—Continued

| | Section | Page |
|---|---|---|
| CHAPTER 6. Consolidated Returns. | | |
|   SUBCHAPTER A. General provisions | 1501 | A296 |
|   SUBCHAPTER B. Definitions | 1521 | A299 |
|   SUBCHAPTER C. Computations | 1621 | A303 |
|   SUBCHAPTER D. Special rules | 1701 | A305 |
|   SUBCHAPTER E. Related rules | 1731 | A307 |

SUBTITLE B—ESTATE AND GIFT TAXES

| | Section | Page |
|---|---|---|
| CHAPTER 11. Estate Tax. | | |
|   SUBCHAPTER A. Estates of citizens or residents. | | |
|     Part I. Tax imposed | 2001 | A308 |
|     Part II. Credits against tax | 2011 | A308 |
|     Part III. Gross estate | 2031 | A313 |
|     Part IV. Taxable estate | 2051 | A317 |
|   SUBCHAPTER B. Estates of nonresidents not citizens | 2101 | A320 |
|   SUBCHAPTER C. Miscellaneous | 2201 | A321 |
| CHAPTER 12. Gift Tax. | | |
|   SUBCHAPTER A. Determination of tax liability | 2501 | A321 |
|   SUBCHAPTER B. Transfers | 2511 | A322 |
|   SUBCHAPTER C. Deductions | 2521 | A324 |

SUBTITLE C—EMPLOYMENT TAXES

| | Section | Page |
|---|---|---|
| Subtitle C—Employment taxes | 3101 | A324 |

SUBTITLE D—MISCELLANEOUS EXCISE TAXES

| | Section | Page |
|---|---|---|
| Subtitle D—Miscellaneous excise taxes | 4001 | A325 |

SUBTITLE E—ALCOHOL, TOBACCO AND CERTAIN OTHER EXCISE TAXES

| | Section | Page |
|---|---|---|
| CHAPTER 51. Distilled Spirits, Wines and Beer. | | |
|   SUBCHAPTER A. Gallonage and occupational taxes. | | |
|     Part I. Gallonage taxes | 5001 | A327 |
|     Part II. Occupational tax | 5081 | A340 |
|   SUBCHAPTER B. Distilleries. | | |
|     Part I. Establishment | 5171 | A346 |
|     Part II. Operations | 5191 | A350 |
|     Part III. General provisions relating to distilleries and distilled spirits | 5211 | A354 |
|   SUBCHAPTER C. Internal revenue bonded warehouses. | | |
|     Part I. Establishment | 5231 | A355 |
|     Part II. Operations | 5241 | A356 |
|   SUBCHAPTER D. Rectifying plants. | | |
|     Part I. Establishment | 5271 | A360 |
|     Part II. Operations | 5281 | A360 |
|   SUBCHAPTER E. Industrial alcohol plants, bonded warehouses, and denaturing plants. | | |
|     Part I. Industrial alcohol plants, bonded warehouses, denaturing plants, and denaturation | 5301 | A361 |
|     Part II. Denaturation | 5331 | A364 |
|   SUBCHAPTER F. Bonded and taxpaid wine premises. | | |
|     Part I. Establishment | 5351 | A364 |
|     Part II. Operations | 5361 | A366 |
|     Part III. Cellar treatment and classification of wines | 5381 | A370 |
|     Part IV. General | 5391 | A373 |
|   SUBCHAPTER G. Breweries. | | |
|     Part I. Establishment | 5401 | A374 |
|     Part II. Operations | 5411 | A375 |
|   SUBCHAPTER H. Miscellaneous plants and warehouses. | | |
|     Part I. Vinegar factories | 5501 | A376 |
|     Part II. Volatile fruit-flavor concentrate plants | 5511 | A376 |
|     Part III. Manufacturing bonded warehouses | 5521 | A376 |
|   SUBCHAPTER I. Miscellaneous general provisions | 5551 | A376 |

SUBTITLE E—ALCOHOL, TOBBACO AND CERTAIN OTHER EXCISE TAXES—Continued

CHAPTER 51. Distilled Spirits, Wines and Beer—Continued
  SUBCHAPTER J. Penalties, seizures, and forfeitures relating to liquors.

| | Section | Page |
|---|---|---|
| Part I. Penalty, seizure, and forfeiture provisions applicable to distilling, rectifying, and distilled and rectified products | 5601 | A378 |
| Part II. Penalty and forfeiture provisions applicable to wine and wine production | 5661 | A382 |
| Part III. Penalty, seizure, and forfeiture provisions applicable to beer and brewing | 5671 | A382 |
| Part IV. Penalty, seizure, and forfeiture provisions common to liquors | 5681 | A383 |
| Part V. Penalties and forfeitures applicable to occupational taxes | 5691 | A384 |

CHAPTER 52. Tobacco, Cigars, Cigarettes, and Cigarette Papers and Tubes.

| | Section | Page |
|---|---|---|
| SUBCHAPTER A. Definitions; rate and payment of tax; exemption from tax; refund and drawback of tax; and redemption of stamps | 5701 | A386 |
| SUBCHAPTER B. Qualification requirements for manufacturers of articles and dealers in tobacco materials | 5711 | A389 |
| SUBCHAPTER C. Operations by manufacturers of articles | 5721 | A390 |
| SUBCHAPTER D. Operations by dealers in tobacco materials | 5731 | A390 |
| SUBCHAPTER E. Records of manufacturers of articles and dealers in tobacco materials | 5741 | A391 |
| SUBCHAPTER F. General provisions | 5751 | A391 |
| SUBCHAPTER G. Fines, penalties, and forfeitures | 5761 | A391 |

CHAPTER 53. Machine Guns and Certain Other Firearms.
  SUBCHAPTER A. Taxes.

| | Section | Page |
|---|---|---|
| Part I. Special (occupational) taxes | 5801 | A392 |
| Part II. Transfer tax | 5811 | A393 |
| Part III. Tax on making firearms | 5821 | A394 |
| Part IV. Other taxes | 5831 | A394 |
| SUBCHAPTER B. General provisions | 5841 | A394 |
| SUBCHAPTER C. Unlawful acts | 5851 | A395 |
| SUBCHAPTER D. Penalties and forfeitures | 5861 | A395 |

SUBTITLE F—PROCEDURE AND ADMINISTRATION

CHAPTER 61. Information and Returns.
  SUBCHAPTER A. Returns and records.

| | Section | Page |
|---|---|---|
| Part I. Records, statements, and special returns | 6001 | A396 |
| Part II. Tax returns, or statements | 6011 | A396 |
| Part III. Information returns | 6031 | A399 |
| Part IV. Signing and verifying of returns and other documents | 6061 | A400 |
| Part V. Time for filing returns and other documents | 6071 | A401 |
| Part VI. Extension of time for filing returns | 6081 | A401 |
| Part VII. Place for filing returns or other documents | 6091 | A402 |
| SUBCHAPTER B. Miscellaneous provisions | 6101 | A402 |

CHAPTER 62. Time and Place for Paying Tax.

| | Section | Page |
|---|---|---|
| SUBCHAPTER A. Place and due date for payment of tax | 6151 | A403 |
| SUBCHAPTER B. Extensions of time for payment | 6161 | A403 |

CHAPTER 63. Assessment.

| | Section | Page |
|---|---|---|
| SUBCHAPTER A. In general | 6201 | A404 |
| SUBCHAPTER B. Deficiency procedures in the case of income, estate, and gift taxes | 6211 | A405 |

CHAPTER 64. Collection.

| | Section | Page |
|---|---|---|
| SUBCHAPTER A. General provisions | 6301 | A405 |
| SUBCHAPTER B. Receipt of payment | 6311 | A406 |
| SUBCHAPTER C. Lien for taxes | 6321 | A406 |
| SUBCHAPTER D. Seizure of property for collection of taxes | 6331 | A408 |

SUBTITLE F—PROCEDURE AND ADMINISTRATION—Con.

| | Section | Page |
|---|---|---|
| CHAPTER 65. Abatements, Credits and Refunds. | | |
|   SUBCHAPTER A. Procedure in general | 6401 | A412 |
|   SUBCHAPTER B. Rules of special application | 6411 | A412 |
| CHAPTER 66. Limitations. | | |
|   SUBCHAPTER A. Limitations on assessment and collection | 6501 | A413 |
|   SUBCHAPTER B. Limitations on credit or refund | 6511 | A415 |
|   SUBCHAPTER C. Mitigation of effect of period of limitations | 6521 | A516 |
|   SUBCHAPTER D. Periods of limitation in judicial proceedings | 6531 | A516 |
| CHAPTER 67. Interest. | | |
|   SUBCHAPTER A. Interest on underpayments | 6601 | A417 |
|   SUBCHAPTER B. Interest on overpayments | 6611 | A418 |
| CHAPTER 68. Additions to the Tax, Additional Amounts, and Assessable Penalties. | | |
|   SUBCHAPTER A. Additions to the tax and additional amounts | 6651 | A418 |
|   SUBCHAPTER B. Assessable penalties | 6671 | A420 |
| CHAPTER 69. General Provisions Relating to Stamps | 6801 | A421 |
| CHAPTER 70. Jeopardy, Bankruptcy and Receiverships. | | |
|   SUBCHAPTER A. Jeopardy. | | |
|     Part I. Termination of taxable year | 6851 | A421 |
|     Part II. Jeopardy assessments | 6861 | A421 |
|   SUBCHAPTER B. Bankruptcy and receiverships | 6871 | A422 |
| CHAPTER 71. Transferees and Fiduciaries | 6901 | A422 |
| CHAPTER 72. Licensing and Registration. | | |
|   SUBCHAPTER A. Licensing | 7001 | A423 |
|   SUBCHAPTER B. Registration | 7011 | A423 |
| CHAPTER 73. Bonds | 7101 | A423 |
| CHAPTER 74. Closing Agreements and Compromises | 7121 | A424 |
| CHAPTER 75. Crimes, Other Offenses, and Forfeitures. | | |
|   SUBCHAPTER A. Crimes. | | |
|     Part I. General provisions | 7201 | A424 |
|     Part II. Penalties applicable to certain taxes | 7231 | A428 |
|   SUBCHAPTER B. Other offenses | 7261 | A428 |
|   SUBCHAPTER C. Forfeitures. | | |
|     Part I. Property subject to forfeiture | 7301 | A429 |
|     Part II. Provisions common to forfeitures | 7321 | A430 |
|   SUBCHAPTER D. Miscellaneous penalty and forfeiture provisions | 7341 | A430 |
| CHAPTER 76. Judicial Proceedings. | | |
|   SUBCHAPTER A. Civil actions by the United States | 7401 | A430 |
|   SUBCHAPTER B. Proceedings by taxpayers | 7421 | A431 |
|   SUBCHAPTER C. The tax court. | | |
|     Part I. Organization and jurisdiction | 7441 | A432 |
|     Part II. Procedure | 7451 | A432 |
|     Part III. Miscellaneous provisions | 7471 | A433 |
|   SUBCHAPTER D. Court review of tax court decisions | 7481 | A434 |
|   SUBCHAPTER E. Miscellaneous provisions | 7491 | A434 |
| CHAPTER 77. Miscellaneous Provisions | 7501 | A434 |
| CHAPTER 78. Discovery of Liability and Enforcement of Title. | | |
|   SUBCHAPTER A. Examination and inspection | 7601 | A436 |
|   SUBCHAPTER B. General powers and duties | 7621 | A436 |
|   SUBCHAPTER C. Supervision of operations of certain manufacturers | 7641 | A436 |
|   SUBCHAPTER D. Possessions | 7651 | A436 |
| CHAPTER 79. Definitions | 7701 | A437 |
| CHAPTER 80. General Rules. | | |
|   SUBCHAPTER A. Application of internal revenue laws | 7801 | A438 |
|   SUBCHAPTER B. Effective date and related provisions | 7851 | A440 |

SUBTITLE G—THE JOINT COMMITTEE ON INTERNAL REVENUE TAXATION

| | | Page |
|---|---|---|
| Subtitle G—The Joint Committee on Internal Revenue Taxation | | A444 |

SUBCHAPTER G—FINES, PENALTIES, AND FORFEITURES

*Section 5761. Civil penalties*

There are assembled in this section those civil penalties now provided in existing law (secs. 2161 (m) (1), 2180 (l) (1), and 2156 (c)). Civil penalties have been added for failure to pay tax when due.

*Section 5762. Criminal penalties*

This section sets forth clearly those violations which are to be punishable as felonies and provides that other offenses shall be punishable as misdemeanors. The many inequities and inconsistencies in the penalty provisions of existing law (secs. 2150 through 2180) are eliminated and uniformity is established.

*Section 5763. Forfeitures*

In separate sections of existing law, there are many provisions for forfeiture of property of various types held or owned applicable to tobacco and snuff, cigars and cigarettes, and leaf tobacco. These various and separate provisions have been assembled, in this section, into four subsections which deal with articles unlawfully possessed, personal property of qualified manufacturers and dealers with intent to defraud, real and personal property of illicit operators, and a general provision referring to section 7302 in the general provisions of the code.

CHAPTER 53—MACHINEGUNS AND CERTAIN OTHER FIREARMS

SUBCHAPTER A—TAXES

PART I—SPECIAL (OCCUPATIONAL) TAXES

*Section 5801. Tax*

This section is the same as present section 3260, except for the following changes:

(1) In the proviso of subsection (a) of present section 3260, the words "two attached" are used before the word "barrels." In the proposed new text these words are deleted and the words "combination shotgun and rifle" are used in place thereof. This change is explained as follows: Bill H. R. 9610, known as Public No. 651, 75th Congress, was approved June 16, 1938, to afford, inter alia, relief to manufacturers and dealers from the high rates of special taxes then imposed upon a sporting type of firearm having two attached barrels, which was not a type of firearm used by gangsters or criminals. That bill reduced the special tax on manufacturers of such firearms from $500 to $25 per year and also reduced the dealer's tax from $200 to $1. Apparently at the time the aforesaid bill was enacted into law it was not observed that the language used would also similarily reduce the special taxes on the gangster-type gun, namely, the double-barrel shotgun with barrels less than 18 inches in length. Because the double-barrel sawed-off shotgun is a more potent weapon than the single-barrel sawed-off shotgun it is felt that this undesirable situation should be rectified. Also, the proposed new wording would continue to give the desired relief to manufacturers of and dealers in the sporting-type firearm which the original bill H. R. 9610 granted.

(2) In the proviso of subsection (a) of present section 3260, the phrase "12 inches or more in length" is used. In the proposed new

text an addition is made to that phrase by adding the words "but less than 18 inches" following the word "more." This change is desirable in that the existing text of the law results in the interpretation by many persons that the statute covers manufacturers and dealers in sporting-type rifles and shotguns with barrels of 18 or more inches in length even though in the basic definition of a firearm as given in present section 2733 (a) (sec. 5848 (a) new text) it is provided, among other things, that only shotguns or rifles having barrels less than 18 inches in length are to be considered firearms.

(3) A subsection (c) has been added merely for cross-reference purposes as so indicated by its title.

*Section 5802. Registration*

This section represents existing law as stated in section 3261 (a).

*Section 5803. Exemptions*

This section represents existing law as stated in section 3262.

PART II—TRANSFER TAX

*Section 5811. Tax*

This section is the same as present section 2720, except for the following changes:

(1) In the proviso of subsection (a) of present section 2720, the words "two attached" are used before the word "barrels." It is proposed in the new text that these words be deleted and the words "combination shotgun and rifle" be used in place thereof. This change is explained as follows: Bill H. R. 9610, known as Public, No. 651, 75th Congress, was approved June 16, 1938, to afford, inter alia, relief from the high transfer tax then imposed upon a sporting type firearm having *two attached barrels*, which was not a type of firearm used by gangsters or criminals. That bill reduced the transfer tax from $200 to $1. Apparently at the time the aforesaid bill was enacted into law it was not observed that the language used would reduce the transfer tax on the gangster-type gun, namely the double-barrel shotgun with barrels less than 18 inches in length, from $200 to $1. The language used developed a further inequity in the transfer tax on firearms, in that a single-barrel sawed-off shotgun with a barrel of 15 inches in length would be subject to a $200 transfer tax whereas a shotgun of identical manufacture but with double-barrels, 15 inches in length, could be transferred by the payment of a $1 transfer tax. Because the double-barrel sawed-off shotgun is a more potent weapon than the single-barrel sawed-off shotgun it is felt that this generally undesirable situation should be rectified. Also, the new wording would continue to give the desired relief to transferors of sporting-type firearms which the original bill, H. R. 9610, granted.

(2) In the proviso of subsection (a) of present section 2720, the phrase "12 inches or more in length" is used. In the proposed new text an addition is made to that phrase by adding the words "but less than 18 inches" following the word "more." This change is desirable in that the existing text of the law results in the interpretation by many persons that the transfer taxes are imposed upon sporting-type rifles and shotguns with barrels of 18 or more inches in length even though in the basic definition of a firearm, as given in the present section 2733 (a) (sec. 5848 (a) new text), it is provided, among other things, that only shotguns or rifles having barrels

less than 18 inches in length are to be considered firearms. For this reason statutory limitation is proposed to be specified for the maximum barrel length of firearms.

(3) The cross-reference under section 2720 (c) (2) of the existing law and the registration and special tax reference under section 2720 (d) of the existing law have been incorporated in the new text under a new subparagraph (d) entitled "Cross Reference."

*Section 5812. Exemptions*

This section is the same as section 2721 of existing law, except that in the caption of subsection (c) of the new text the words "Exemption From" have been added.

*Section 5813. Stamps*

This section represents existing law as stated in section 2722.

*Section 5814. Order forms*

This section represents existing law as stated in section 2723.

### PART III—TAX ON MAKING FIREARMS

*Section 5821. Rate, exceptions, etc.*

This section represents existing law as stated in section 2734.

### PART IV—OTHER TAXES

*Section 5831. Cross references*

This is primarily a codifier's reference.

## SUBCHAPTER B—GENERAL PROVISIONS

*Section 5841. Registration of persons in general*

This section is the same as present section 3261 (b), except for the following change:

The words "of the district in which he resides" following the word "collector" in present section 3261 (b), have been deleted so as to abolish an unnecessary step in the registration of firearms. This is explained as follows: From the inception of the National Firearms Act (now incorporated in the Internal Revenue Code) firearms registrations have been kept in a central file of the National Office of the Internal Revenue Service in Washington, D. C., rather than in a file in each district. Under existing procedure the district directors of internal revenue have had to handle the registrations because they are required to do so by the present law, although their handling of the registration forms serves no useful purpose. Moreover, experience has shown that a central file is desirable because of the necessity of determining whether or not a firearm has been registered, and also because such file furnishes one central source of information for use in court actions.

*Section 5842. Books, records and returns*

This section represents existing law as stated in section 2724.

*Section 5843. Identification of firearms*

This section represents existing law as stated in section 2725.

*Section 5844. Exportation*

This section represents existing law as stated in section 2727.

*Section 5845. Importation*

This section represents existing law as stated in section 2728.

*Section 5846. Other laws applicable*

This section represents existing law as stated in section 2731.

*Section 5847. Regulations*

This section represents existing law as stated in section 2732.

*Section 5848. Definitions*

This section is the same as present section 2733, except that three new provisions have been added which define "rifle," "shotgun," and "any other weapon." These new definitions are needed for the reason that Congress did not define such weapons when the National Firearms Act was enacted in 1934 although it did define "machinegun." Since Congress did not define these weapons it has been necessary to use the ordinarily accepted definitions thereof appearing in acceptable, standard dictionaries. In so doing, and because of a technical application of the definition of the term "firearm," as it appears in the present statute, many weapons firing projectiles by the action of an explosive have been brought within the scope of the National Firearms Act although it is believed the Congress did not intend that such weapons should be included. For example, under a technical interpretation of the term "firearm," blunderbusses, muzzle-loading shotguns, and other ancient or antique guns have been considered subject to the National Firearms Act and in many instances the requirements thereof have been imposed. As a result of these interpretations, over a period of years, restrictions have been imposed on a certain class of persons, namely, antique gun collectors, and it is felt that these restrictions should be removed in pursuance of the clearly indicated congressional intent to cover under the National Firearms Act only such modern and lethal weapons, except pistols and revolvers, as could be used readily and efficiently by criminals or gangsters. Moreover, for proper administration of the National Firearms Act it is considered highly proper and desirable that the Congress define the terms "rifle," "shotgun," and "any other weapon" so as to remove any doubt as to the type of firearms which Congress intended to bring within the scope of the National Firearms Act.

## SUBCHAPTER C—UNLAWFUL ACTS

*Section 5851. Possessing firearms unlawfully transferred or made*

This section represents existing law as stated in section 2726 (a).

*Section 5852. Removing or changing identification marks*

This section represents existing law as stated in section 2726 (b).

*Section 5853. Importing firearms illegally*

This section represents existing law as stated in section 2726 (c).

*Section 5854. In case of failure to register and pay special tax*

This section represents existing law as stated in section 3263.

## SUBCHAPTER D—PENALTIES AND FORFEITURE

*Section 5861. Penalties*

This section represents existing law as stated in section 2729.

*Section 5862. Forfeitures*

This section represents existing law as stated in present section 2730, Internal Revenue Code, except that certain duties formerly performed by the Secretary of the Treasury are now to be performed by the Administrator of General Services, General Services Administration, as provided for by an amendment to the law. (See 63 Stat. 377 et seq., and T. D. 5791.)

# SUBTITLE F—PROCEDURE AND ADMINISTRATION

## CHAPTER 61—INFORMATION AND RETURNS

*Section 6001. Notice or regulations requiring records, statements, and special returns*

This section contains no material change from existing law.

*Section 6011. General requirement of return, statement, or list*

This section contains no material change from existing law.

*Section 6012. Persons required to make returns of income*

Subsection (a) (1) of this section differs from existing law in that it provides that any taxpayer who has attained the age of 65 before the close of his taxable year shall be required to make a return only if he has for the taxable year a gross income of $1,200 or more. As under existing law, all other individuals are required to file income-tax returns if they have gross income of $600 or more for the taxable year.

Subsection (a) (4) of this section conforms the filing requirement for trusts to the new exemption of $300 granted certain trusts under subtitle A. A clarifying change from the wording of existing law has been made in subsection (b) (3), relating to the filing of corporation returns by receivers or other fiduciaries.

*Section 6013. Joint returns of income tax by husband and wife*

There is a substantive change in subsection (b) (2) (A) of this section. Under present law a joint return may not be filed after separate returns are filed unless all the tax shown on the separate returns, plus any other amounts assessed or any deficiency asserted with respect to such returns, are paid in full. This section permits a joint return to be filed after separate returns have been filed if the total tax shown on the joint return is paid.

*Section 6014. Income tax return—Tax not computed by taxpayer*

If the taxpayer files Form 1040A, he does not compute the tax but the Internal Revenue Service computes the tax and sends the taxpayer notice of the amount payable. This section provides that in determining such amount the credit against tax for dividends received, provided by section 34, or the credit for retirement income, provided by section 38, shall not be allowed. Such taxpayer, however, receives the benefit of the partial exclusion of dividends from gross income provided by section 116.

*Section 6015. Declaration of estimated income tax by individuals*

This section and sections 6073, 6153, and 6654 deal with the estimated tax payable by individuals.

    (1) Filing requirements: Under existing law, individuals whose incomes are primarily from wages or salaries are required to file declarations if their income is expected to be more than