# EXHIBIT 4

Selected Founding-Era militia laws specifying weapons to be maintained by those enrolled in the militia

**SELECTED FOUNDING-ERA MILITIA LAWS SPECIFYING WEAPONS
TO BE MAINTAINED BY THOSE ENROLLED IN THE MILITIA**

| State and Date of Enactment | Relevant Statutory Text | Source |
|---|---|---|
| North Carolina (1786) | Whereas the frequent acts of hostility committed by the Indians on the inhabitants of Davidson county for a considerable time past, render it necessary that some measures should be taken for their protection:<br>I.  Be it therefore enacted by the General Assembly of the State of North-Carolina, and it is hereby enacted by the authority of the same, That two hundred and one men shall be enlisted and formed into a military body, for the protection of the inhabitants of Davidson county, in such manner and form, and under such regulations and rules, as are herein after mentioned:<br>. . . .<br>V.  And it be further enacted, *That every able bodied man who shall be enlisted into the said service, and shall furnish himself with one good rifled or smooth bored gun fit for service, one good picker, shot-bag and powder-horn, twelve good flints, one pound of good powder, and two pounds of good leaden bullets or buck shot suitable to his gun*, shall be entitled to receive from this state on the first day of October, in each year of his service, one blanket, two pair of stockings, two pair of shoes, two shirts, two leather stocks, one good hunting-shirt, one good hunting-shirt, one good woolen or fur hat of a middle size, one pair of buckskin breeches, and one waistcoat lined, to be provided and furnished by a clothier to be appointed by his excellency the governor for the time being; who shall be furnished in convenient time by the commanding officer of the said troops, with a certificate sworn to before some three or more justices of some county within this state, with the amount of the number of troops under his command entitled to draw clothes according to this act, which the said clothier shall present to the governor for the time being, together with the whole amount of each article wanted for the troops, and thereupon his excellency shall grant him a warrant on the treasury for a sum sufficient to purchase the said articles at a moderate rate, and to defray the expence of making them into suits, and delivered to the troops at the times aforesaid, taking a receipt from each soldier, attested by the captain of the company to which he may belong, for all which services the said clothier shall be allowed by the general assembly on the settlement of his accounts, a sum not less than the amount of the yearly pay hereby appointed for a captain in the said troops. | An act for raising troops for the protection of the inhabitants of Davidson county, ch. 1, §§ 1, 5, 1786 N.C. Sess. Laws 407-08. |

| | | |
|---|---|---|
| | | |
| Virginia (1785) | Section I.  *WHEREAS the defence and safety of the Commonwealth depend upon having its citizens properly armed* and taught the knowledge of military duty, and the different laws heretofore enacted being found inadequate to such purposes, and in order that the same may be formed into one plain and regular system;<br><br>Sect. II.  BE it enacted by the General Assembly, That the Officers of the militia who were displaced and removed from office, by virtue of an Act "For amending the several laws for regulating and disciplining the militia, and guarding against invasions and insurrections," are hereby reinstated, and shall take precedency of rank agreeable to the dates of the commissions they severally held prior to the passing of the said Act; and vacancies supplied by appointment of the Governor, with the advice of the Privy Council, or recommendation from the respective County Courts.<br><br>Sect. III.  AND be it further enacted, That all free male persons between the ages of eighteen and fifty years, . . . shall be inrolled or formed into companies of three serjeants, three corporals, a drummer and fifer, and not less than forty, nor more than sixty-five, rank and file; and these companies shall again be formed into regiments of not more than one thousand, nor less than five hundred men, if there be so many in the County . . . . There shall be a private muster of every company once in two months, except December and January, at such convenient time and place as the Captain or next commanding officer shall appoint; a muster of each regiment on some day in the month of March or April, in every year . . . . *Every officer and solider shall appear at his respective muster-field* on the day appointed, by eleven o'clock in the forenoon, *armed*, equipped, and accoutered, *as follows*: The County-Lieutenants, Colonels, Lieutenant-Colonels, and Majors, with a sword, the Captains, Lieutenants, and Ensigns, with a sword and espontoon, every non-commissioned officer and private, *with a good, clean musket carrying an ounce ball*, *and three feet eight inches long in the barrel*, *with a good bayonet* and iron ramrod well fitted thereto, a cartridge box properly made, to contain | An Act to amend and reduce into one Act, the several Laws for Regulating and Disciplining the Militia, and guarding against Invasions and Insurrections, ch. 1, §§ 1-3, 1785 Va. Acts 407-08. |

| | | |
|---|---|---|
| | and secure twenty cartridges fitted to his musket, a good knapsack and canteen, and moreover, each non-commissioned officer and private shall have at every muster, one pound of good powder, and four pounds of lead, including twenty blind cartridges; and each serjeant shall have a pair of moulds fit to cast balls for their respective companies, to be purchased by the commanding officer out of the monies arising on delinquencies. Provided, that the militia of the counties westward of the Blue Ridge, and the Counties below adjoining thereto, shall not be obliged to be armed with muskets, but may have good rifles, with proper accoutrements, in lieu thereof.  And every of the said officers, non-commissioned officers, and privates, shall constantly keep the aforesaid arms, accoutrements, and ammunition, ready to be produced whenever called for by his commanding officer . . . . | |
| Ohio (1836) | Sec. 1. Be it enacted by the General Assembly of the State of Ohio, That each and every able bodied white male citizen of the United States, who resides in this State; who now is or hereafter shall be, of the age of eighteen years and under forty-five years of age, except as hereinafter excepted, shall be enrolled in the militia of this State for the purpose of performing military duty, and be equiped as hereinafter provided.<br><br>Sec. 29. That in each regiment, squadron or battalion, the *field officers shall each arm himself with a good and sufficient sword and pair of pistols*, and furnish himself with a good and sufficient horse, with saddle, bridle, martingale and holsters; and in each company of cavalry or troop of horse, the commissioned officers shall each be armed with a good and sufficient sword and pair of pistols, and shall each furnish himself with an active horse, not less than fifteen hands high, with saddle, bridle, martingale, holster and valice; and each non-commissioned officer, musician and private, shall, in like manner, furnish himself with a good horse, not less than fifteen hands high, with a good and sufficient saddle, bridle, martingale, valice and holsters; and, in like manner, shall arm himself with a good and sufficient sword and pair of pistols, and a cartridge box, to contain twelve cartridges, suitable to the bore of his pistols; and all persons belonging to a company of cavalry or troop of horse as aforesaid, shall wear, as a part of their uniform and equippage, a pair of short boots and plated spurs; and in each company of infantry, artillery, riflemen or | An act to organize and discipline the Militia, §§ 1, 29 1836 Ohio Laws 18, 30-31. |

|  | light infantry, the commissioned officers shall arm themselves with a good and sufficient sword; *and in the artillery each private or matross shall be armed with a good and sufficient musket*, bayonet and belt, or fusee, with a cartridge box to contain twenty-four cartridges, suitable to the bore of his gun; in all rifle companies, the non-commissioned officers and privates shall arm themselves with good and sufficient rifles, powder horns and bullet pouches; in all light infantry companies, the non-commissioned officers and privates shall be armed with muskets, bayonets and belts, with a cartridge box, sufficient to contain twenty-four cartridges, suitable to the bore of his gun; and all infantry companies, each non-commissioned officer and private shall arm himself with a good and sufficient rifle or fusee. |  |
|---|---|---|