**U.S. DEPARTMENT OF JUSTICE**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**

Ryan Watson

| | |
|---|---|
| Asset ID: | 15-ATF-002873 |
| Case Number: | 766030-15-0009-01 |
| Property: | Palmetto State Armory PA-15 Machinegun Receiver/Frame CAL:Unknown SN:LW001804 |
| Asset Value: | $100.00 |
| Seizure Date: | 11/14/2014 |
| Seizure Place: | Glem Mills, PA |
| Judicial District: | Eastern District of Pennsylvania |

NOTICE MAILING DATE: January 8, 2015

### NOTICE OF SEIZURE AND ADMINISTRATIVE FORFEITURE PROCEEDING

The above-described property was seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) for forfeiture pursuant to **Title 26, United States Code (U.S.C.), Section 5872, 26 U.S.C., Section 7302**, because the property was involved in a violation of 26 USC Section 5801 et seq. (National Firearms Act). The seizure date and place, as well as other pertinent information regarding the property, are listed above. Pursuant to Title 18, U.S.C., Section 3051, and Title 19, U.S.C., Sections 1602-1618, the ATF has commenced an administrative forfeiture proceeding against this property. You may contest the seizure and forfeiture of the property in Federal court, and/or you may petition ATF for return of the property or your interest in the property (remission or mitigation). **PLEASE REVIEW THE FOLLOWING PROCEDURES VERY CAREFULLY.**

### TO CONTEST THE FORFEITURE

You may contest the forfeiture of the seized property in court by filing a claim with ATF Forfeiture Counsel by **January 28, 2015**. A Seized Asset Claim Form is enclosed for your convenience for use in filing a claim. The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be signed by the claimant under oath, subject to penalty of perjury. The claim of ownership must be accompanied by a claim bond in the amount of $5,000 or ten percent (10%) of the value of the claimed property, whichever is lower, but not less than $250. If you are unable to post a claim bond, you may request that ATF waive the claim bond requirement by submitting an In Forma Pauperis Claim Bond Waiver Petition to ATF Forfeiture Counsel. If you wish to contest the forfeiture of the property, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding, either civil or criminal, even if such a proceeding has already been commenced or is commenced in the future.

### TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

In addition to, or in lieu of filing a claim, you may file a petition requesting the remission (pardon) or mitigation of the forfeiture with ATF Forfeiture Counsel within thirty (30) days of your receipt of this notice. A petition form is also enclosed for your convenience. The petition must include proof of your interest in the property and state the facts and circumstances in clear and concise terms which you believe justify remission or mitigation. This petition must be by the claimant under oath, under penalty of perjury. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations (C.F.R.), Part 9.

### WHERE TO FILE CORRESPONDENCE

**All submissions must be filed with Forfeiture Counsel, Asset Forfeiture and Seized Property Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, 99 New York Avenue, NE, Mail Stop 3N600, Washington, DC 20226. If you have any questions regarding this matter, you may contact Asset Forfeiture Seized Property Division at (202) 648-7890. The Asset ID and Case Number referenced above should be used with all submissions. Failure to include the Asset ID and Case Number may cause a delay in processing your submission(s). A CLAIM, PETITION, OR OTHER CORRESPONDENCE SHALL BE DEEMED FILED WITH FORFEITURE COUNSEL, ASSET FORFEITURE AND SEIZED PROPERTY DIVISION, WHEN RECEIVED BY ATF AT THE ADDRESS NOTED ABOVE. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.**

Exhibit 1



FOR GOVERNMENT AGENCY USE ONLY

DATE CLAIM RECEIVED _____

CLAIM FILED TIMELY?  Y ☐   N ☐

# SEIZED ASSET CLAIM FORM

Name:_____

Telephone No. (     ) _____

Address: _____

_____

**DATE OF YOUR NOTICE LETTER**

Agency Case No.:_____

_____

Seizure No.:_____

## *PART I*

List the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, etc. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed, or provide a copy of the asset(s) list attached to the notice of forfeiture. (Any attachments must be referenced in Part I)

1._____
2._____
3._____
4._____
5._____
6._____

## *PART II*

State your interest in the property listed in Part I. Please provide any documents that support your claim of interest in these items. Supporting documentation includes titles, registrations, bills of sale, receipts, etc. Additional space is provided on the back of the form to state your interest in the property in Part I. You may attach additional sheets of paper if more space is needed. (Any attachments must be referenced in Part II)

_____
_____
_____
_____
_____
_____
_____
_____

## PART I (continued)

7. _____
8. _____
9. _____
10. _____
11. _____
12. _____

## PART II (continued)

_____
_____
_____
_____
_____
_____
_____

## PART III
## ATTESTATION AND OATH

I attest and declare under penalty of perjury that my claim to this property is not frivolous and that the information provided in support of my claim is true and correct, to the best of my knowledge and belief.

_____          _____
Name (Print)                                Date


_____
Signature


CLAIM INVALID IF NOT SIGNED BY THE CLAIMANT


A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. § 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.



```
                                    FOR GOVERNMENT AGENCY USE ONLY
                                    DATE PETITION RECEIVED: _____
                                    PETITION FILED TIMELY?   Y ☐   N ☐
```

# REMISSION OR MITIGATION OF FORFEITURE PETITION FORM

Name: _____     SSN or TIN: _____

Address: _____     Telephone No. (     ) _____

Agency Case No.: _____

Asset ID No.: _____

Date & Place of Seizure: _____

## PART I

List the items in which you claim an interest. Include sufficient information to identify each item, such as make, model, and serial numbers, tail numbers, photographs, and so forth. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

## PART II

Describe your interest in each item of property as owner, lienholder, or otherwise, for which you seek remission or mitigation of forfeiture. Please provide any documents that support your petition for each item. Supporting documentation includes original or certified bills of sale, title, registration, receipts, etc. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

_____
_____
_____
_____
_____
_____

## PART I (continued)

7._____
8._____
9._____
10._____
11._____
12._____

## PART II (continued)

_____
_____
_____
_____
_____
_____
_____
_____

## PART III - ATTESTATION AND OATH

I attest and declare under penalty of perjury that my claim to this property is not frivolous and that the information provided in support of my petition is true and correct, to the best of my knowledge and belief.

_____    _____
Signature                                                                        Date

_____
Name (Print)

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER TITLE 18, UNITED STATES CODE, SECTIONS 1001 AND/OR 1621, AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.

2



Name: _____

Address: _____

_____

Agency Case No: _____

## *IN FORMA PAUPERIS* COST BOND WAIVER PETITION

*To contest a National Firearms Act (26 U.S.C. Chapter 53) based forfeiture, a person asserting an interest in the property must file not only a claim with ATF but also a "cost bond" to cover the costs and expenses of the forfeiture proceeding. Those costs are charged against the bond only if the firearm is actually forfeited.* **The amount of the bond is $5,000 or 10 percent of the value of the firearm, whichever is lower, but not less than $250.** *See 19 U.S.C. § 1608.*

If a claimant cannot afford to pay the cost bond amount, he/she may be able to have the fees waived.

To aid ATF in making an indigence determination, please answer the following questions. Please note that these questions represent some of the factors that ATF will use to make a determination, and if there are other relevant facts about your financial status that you believe ATF should consider, you should provide them in Section 5. The information on this form is entirely voluntary; however, please be aware that incomplete financial information might result in a denial of the cost bond waiver.

1. Are you presently employed or do you have another source of income in your household?

    a. If the answer is yes, state the amount of your salary or wages per month or other household income? _____
    _____
    _____
    _____

    b. If the answer is no, state the date of your last employment and the amount of the salary and wages per month which you received. _____
    _____
    _____
    _____

2. Within the past twelve months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, benefits, interest, dividends, or other sources?

    a. If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

    _____
    _____
    _____

3. Do you own any cash, checking accounts, or savings accounts?

    a. If the answer is yes, state the total amount of the cash and accounts.

    _____
    _____
    _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

    a. If the answer is yes, describe the property and state its approximate value.

    _____
    _____
    _____

Please provide any additional information, which you believe might be relevant to a determination of indigence (including, for example, the number of dependents in your household, other significant expenses, etc.).

_____
_____
_____

**I attest and declare under penalty of perjury that the information provided in support of my petition is true and correct, to the best of my knowledge and belief**

_____        _____
**Name (Print)**                      **Date**

_____
**Signature**

**Please return the completed paperwork with your Claim form and any other supporting documentation.**