IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN WATSON, individually and as | : | CIVIL ACTION |
| Trustee for the Watson Family Gun Trust | : | |
| | : | |
| v. | : | |
| | : | |
| ERIC H. HOLDER et al. | : | NO. 14-6569 |

ORDER

AND NOW, this 26th day of January, 2015, upon consideration of the plaintiff's uncontested motion for the preservation of his machinegun, a Palmetto State Armory lower receiver bearing serial number LW001804, and included trigger assembly, it is hereby ORDERED that:

1. Plaintiff's motion is GRANTED; and

2. The defendant Bureau of Alcohol, Tobacco, Firearms and Explosives shall PRESERVE plaintiff's machinegun, a Palmetto State Armory lower receiver bearing serial number LW001804, and included trigger assembly, until further order of this Court.

BY THE COURT:

/s/ Stewart Dalzell, J.