IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN S. WATSON Individually and as Trustee of the WATSON FAMILY GUN TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States, and B. TODD JONES, Director of the Bureau of Alcohol Tobacco Firearm & Explosives,<br><br>Defendants. | Case No.2:14-cv-06569-SD |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Plaintiff, by and through undersigned counsel, hereby files this Response in opposition to the Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment. Plaintiff's reasons for opposition to the Defendants' Motion are set forth in the accompanying Brief.

This, 30th day of January, 2015.

Respectfully submitted,

 /s/ David R. Scott
DAVID R. SCOTT
ATTORNEY FOR PLAINTIFF

David R. Scott
Law Offices of J. Scott Watson, P.C.
24 Regency Plaza
Glen Mills, PA  19342
(610) 358-9600
PA Bar No. 313491