## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN S. WATSON, individually and as<br>Trustee of the Watson Family Gun Trust,<br><br>     Plaintiff,<br><br>               v.<br><br>ERIC H. HOLDER, JR., Attorney General of the<br>United States, and B. TODD JONES, Director,<br>Bureau of Alcohol, Tobacco, Firearms &<br>Explosives,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 2:14-cv-6569-SD |

## MOTION OF DEFENDANTS
## FOR LEAVE TO FILE REPLY BRIEF

        Pursuant to the Court's Standing Procedures, Defendants respectfully move for leave to file a reply brief in the form attached hereto.[1]

Dated: February 11, 2015

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

ZANE D. MEMEGER
United States Attorney

   /s/ *Eric J. Soskin*
DIANE KELLEHER
Assistant Branch Director
ERIC J. SOSKIN
DANIEL RIESS
Trial Attorneys
U.S. Department of Justice

---

[1] <u>Certificate of Conference</u>: Consistent with Local Rule 7.1, Defendants' counsel has discussed this motion with Plaintiff's counsel and ascertained that Plaintiff is opposed to the filing of a reply brief in this matter.

Civil Division, Rm. 7116
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-0533
Fax: (202) 616-8460
Email: Eric.Soskin@usdoj.gov
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RYAN S. WATSON, individually and as Trustee of the Watson Family Gun Trust, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:14-cv-6569-SD |
| v. | ) ) | |
| ERIC H. HOLDER, JR., Attorney General of the United States, and B. TODD JONES, Director, Bureau of Alcohol, Tobacco, Firearms & Explosives, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**MEMORANDUM IN SUPPORT OF**
**MOTION OF DEFENDANTS FOR LEAVE TO FILE REPLY BRIEF**

Defendants respectfully seek leave to file the attached reply.   As the Court will see, it briefly addresses several points which, defendants submit, will assist the Court in its consideration of the constitutional and historical issues presented in Defendants' motion to dismiss and Plaintiff's opposition thereto.[1]   Respectful of the Court's procedural rules indicating that reply briefs are disfavored, Defendants have endeavored to limit the length of this reply and to the extent possible, to identify for the Court additional authorities and precedents of relevance and not cited in the parties' opening briefs.

For these reasons, Defendants respectfully ask that this motion be granted.

---

[1] A reply brief will assist the Court here by "respond[ing] to arguments raised in the opposition brief" which were not anticipated in Defendants' opening brief, as well as by "explain[ing] . . . position[s]" purportedly "refuted" by Plaintiff's opposition.   *Cf. SmithKline Beecham, LLC v. Teva Pharmaceuticals, USA*, 2007 WL 1827208 (D.N.J. 2007).

Dated: February 11, 2015

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

ZANE D. MEMEGER
United States Attorney

_/s/ Eric J. Soskin_
DIANE KELLEHER
Assistant Branch Director
ERIC J. SOSKIN
DANIEL RIESS
Trial Attorneys
U.S. Department of Justice
Civil Division, Rm. 7116
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-0533
Fax: (202) 616-8460
Email: Eric.Soskin@usdoj.gov
_Attorneys for Defendants_

## <u>CERTIFICATE OF SERVICE</u>

On February 11, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Pennsylvania, using the electronic case filing system of the court.   I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.

<u>   /s/ Eric J. Soskin</u>
Eric J. Soskin