IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN S. WATSON Individually and as Trustee of the WATSON FAMILY GUN TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States, and B. TODD JONES, Director of the Bureau of Alcohol Tobacco Firearm & Explosives,<br><br>Defendants. | Case No.2:14-cv-06569-SD |

---

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY BRIEF**

---

Plaintiff, by and through undersigned counsel, respectfully requests leave of Court to file the attached surreply brief to the Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment.[1]

This, 3rd day of March, 2015.

Respectfully submitted,

/s/ David R. Scott
DAVID R. SCOTT
ATTORNEY FOR PLAINTIFF

David R. Scott
Law Offices of J. Scott Watson, P.C.
24 Regency Plaza
Glen Mills, PA  19342
(610) 358-9600
PA Bar No. 313491

---

[1] Counsel has conferred with Defense counsel who stated the Defendants take no position on the present motion.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN S. WATSON Individually and as Trustee of the WATSON FAMILY GUN TRUST, | ) ) ) ) | Case No.2:14-cv-06569-SD |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ERIC H. HOLDER, JR., Attorney General of the United States, and B. TODD JONES, Director of the Bureau of Alcohol Tobacco Firearm & Explosives, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY BRIEF**

The Court has discretion to accept the Defendants' Reply Brief and Plaintiff's attached Surreply Brief. In the event the Court accepts the Defendants' Reply Brief, Plaintiff respectfully requests the Court also accept his Surreply Brief which briefly addresses the issues raised in the Defendants' Reply Brief.

This, 3rd day of March, 2015.

Respectfully submitted,

 */s/ David R. Scott*_____
DAVID R. SCOTT
ATTORNEY FOR PLAINTIFF

David R. Scott
Law Offices of J. Scott Watson, P.C.
24 Regency Plaza
Glen Mills, PA 19342
(610) 358-9600
PA Bar No. 313491

**CERTIFICATE OF SERVICE**

I hereby certify that I, David R. Scott, electronically submitted the forgoing documents with the clerk of court for the U.S. District Court, Eastern District of Pennsylvania, using the electronic case filing system of the court on March 3, 2015.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.

*/s/* David R. Scott
David R. Scott