**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I caused a true and correct copy of this Motion to Consolidate and Stay Forfeiture Proceedings to be served via the Court's electronic filing system, on the following:

Eric J. Soskin
U.S. Department of Justice
Civil Division, Rm. 7116
20 Massachusetts Avenue, NW
Washington, D.C. 20530

And via certified mail, return receipt requested, on the following:

Jacqueline C. Romero
Assistant United States Attorney
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Room 1250
Philadelphia, PA 19106

/s/ David Scott
David Scott, Esq.

Dated: June 12, 2015